# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUNTER CREGER, individually and on behalf of all others similarly situated, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant.* | Civil Action No.: |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs respectfully request that the Court issue a temporary restraining order and a preliminary injunction enjoining Defendant United Launch Alliance, LLC ("ULA") from enforcing its COVID-19 vaccine mandate for all employees who have requested or will request an accommodation from the mandate until ULA has granted reasonable accommodations as required by federal and Alabama law. To date, ULA has failed to do so. Rather than engage in a meaningful interactive process, ULA forced or is forcing all employees who requested an accommodation for religious or health reasons to either abandon their request and receive the vaccine by October 29, 2021 or, for those who appealed the denial of their request for accommodation, by November 7, 2021 or within 3 days of notice of the denial of the appeal, or effectively be terminated. As explained in the accompanying memorandum and supporting exhibits, ULA's failure to engage in the interactive process and its failure to grant reasonable accommodations violates both Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act. ULA's failure to provide requested accommodations, and to first reduce compensation and then terminate Plaintiffs before the resolution of forthcoming appeals, also violates Alabama Act 2021-561.

1

Accordingly, to prevent irreparable injury, the Court should grant this Motion and temporarily enjoin ULA from: (1) terminating any employee for failing to receive a COVID-19 vaccine if that employee has requested an accommodation for religious or medical reasons; (2) placing any employee on unpaid leave as a form of accommodation from the COVID-19 vaccine mandate; and (3) denying as untimely any request for religious or medical accommodation from the COVID-19 vaccine mandate. Moreover, if any employee should be considered already terminated, Plaintiffs ask this Court to use its supplemental jurisdiction to order Defendants to continue paying them under Alabama Act 2021-561 § 1(h).

November 12, 2021                                               Respectfully submitted,

                                                                /s/ Matthew J. Clark
                                                                Matthew J. Clark
                                                                Alabama Bar No. 3788-Q61X
                                                                matt@alabamalawandliberty.org
                                                                ALABAMA CENTER FOR LAW & LIBERTY
                                                                2213 Morris Avenue
                                                                Birmingham, AL 35203
                                                                Telephone: (256) 510-1828

                                                                /s/ John C. Eastman
                                                                John C. Eastman*
                                                                Cal. Bar No. 193726
                                                                jeastman@ccg1776.com
                                                                CONSTITUTIONAL COUNSEL GROUP
                                                                174 W. Lincoln Ave, #620
                                                                Anaheim, CA  92805
                                                                Telephone: (909) 257-3869
                                                                Facsimile: (714) 844-4817

                                                                * *Pro hac vice* motion forthcoming

                                                                *Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

Despite this motion being filed *ex parte*, I hereby certify that on November 11, I emailed the following, offering to talk before we filed this motion; and after not hearing a response, emailed a copy of the foregoing to the following on November 12, 2021:

Sondra K. Barbour
General Counsel, United Launch Alliance
sondra.k.barbour@ulalaunch.com

                                                 */s/* Matthew J. Clark
                                                 Matthew J. Clark

                                                 Counsel for Plaintiffs