## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTER CREGER, individually and on behalf of all others similarly situated, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant.* | Civil Action No.: |

### APPLICATION OF JOHN C. EASTMAN
### TO APPEAR PRO HAC VICE
### ON BEHALF OF PLAINTIFFS

1.   My full name is John Charles Eastman.  In accordance with this Court's Local Rule 83.1(b), I apply to appear on behalf of Plaintiffs in the above-captioned case.

2.   My residence address is 180 Valley Dr., Santa Fe, NM 87501.

3.   I am a partner with the law firm of Constitutional Counsel Group.  My office address is 174 W. Lincoln Ave, #620, Anaheim, CA  92805.  My office phone number is (909) 257-3869.  My office fax number is (714) 844-4817.  My office email is jeastman@ccg1776.com.

4.   I regularly practice law in southern California and am a member of the bars of the U.S. District Court for the Central District of California and the Supreme Court of California.

5.   I am a member of the bars of the following courts (together with admission dates):

    Supreme Court of California (Dec. 15, 1997) (Cal. Bar No. 193726)
    The District of Columbia Court of Appeals (7/3/2019) (Bar # 230533)
    Supreme Court of the United States (12/1/2003)
    U.S. Court of Appeals, 1st Circuit (12/20/2010) (Bar # 1144512)
    U.S. Court of Appeals, 2nd Circuit (5/8/2012) (Acct. # 2525581)
    U.S. Court of Appeals, 3rd Circuit (4/19/2017)
    U.S. Court of Appeals, 4th Circuit (3/15/2011)
    U.S. Court of Appeals, 6th Circuit (3/1/2001)

      U.S. Court of Appeals, 8th Circuit (9/24/2018)
      U.S. Court of Appeals, 9th Circuit (09/01/2000)
      U.S. Court of Appeals, 10th Circuit (06/2003)
      U.S. Court of Appeals, 11th Circuit (03/21/2003)
      U.S. Court of Appeals, D.C. Circuit (12/31/2001) (Bar #47928)
      U.S. District Court, C.D. Cal. (12/22/1997)
      U.S. District Court, S.D. Cal. (02/22/1999)
      U.S. District Court, N.D. Cal. (10/09/2010)
      U.S. District Court, E.D. Cal. (8/7/2012)
      U.S. District Court, D. Conn. (pro hac vice, 1997)
      U.S. District Court, S.D. Fla. (pro hac vice, 1997)
      U.S. District Court, D. Nev. (pro hac vice, 2003)
      U.S. District Court, D.D.C. (pro hac vice, 2013)
      Supreme Court of Mississippi (pro hac vice, 2002)
      Supreme Court of Nevada (pro hac vice, 2003)

6. I am in good standing and eligible to practice in all of the above-mentioned courts.

7. I have not previously sought *pro hac vice* admission in this Court.

8. I designate as local counsel Matthew J. Clark. Mr. Clark is an attorney with the Alabama Center for Law & Liberty. He is a local member of the bar of this Court. His address is 2213 Morris Avenue, Birmingham, AL 35203. His telephone number is (256) 510-1828, his email address is matt@alabamalawandliberty.org, and his fax number is ??. His written consent to being designated local counsel for Plaintiffs is attached to this application.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on November 11, 2021.

                                                        John C. Eastman

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTER CREGER, individually and on behalf of all others similarly situated, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant*. | Civil Action No.: |

## DECLARATION OF MATTHEW J. CLARK

I am a member in good standing of the bar of this Court. In accordance with this Court's Local Rule 83.1(b), I consent to the applicant John Charles Eastman designating me as local counsel for Plaintiffs in the above-captioned case.

Dated: November 11, 2021

                                                  Respectfully submitted,

                                                /s/ Matthew J. Clark
                                                Matthew J. Clark
                                                Alabama Bar No. 3788-Q61X
                                                matt@alabamalawandliberty.org
                                                ALABAMA CENTER FOR LAW & LIBERTY
                                                2213 Morris Avenue
                                                Birmingham, AL 35203
                                                Tel: (256) 510-1828
                                                Email: matt@alabamalawandliberty.org

                                                *Counsel for Plaintiffs Hunter Creger, et al.*