# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUNTER CREGER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO.: 5:21-CV-1508-AKK |
| | ) |
| UNITED LAUNCH ALLIANCE, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

Thomas A. Davis, Tammy L. Baker, Shannon L. Miller and Michael C. Guarino of the law firm Jackson Lewis P.C. hereby give notice of their appearance as counsel of record for defendant United Launch Alliance in the above-styled action. Copies of all future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered, mailed or electronically transmitted to the attorneys listed at the address stated below.

Respectfully submitted this 12th day of November, 2021.

 */s/ Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
Thomas.Davis@jacksonlewis.com
Direct Dial: 205-332-3101
Tammy L. Baker (ASB- 9522-B62T)
Tammy.Baker@jacksonlewis.com
Direct Dial: 205-332-3106

>Shannon L. Miller (ASB- 8026-R60S)
>Shannon.Miller@jacksonlewis.com
>Direct Dial: 205-332-3102
>Michael C. Guarino (ASB-0441-V18D)
>Michael.Guarino@jacksonlewis.com
>Direct Dial:  205-332-3096
>**JACKSON LEWIS P.C.**
>Synovus Center
>800 Shades Creek Parkway, Suite 870
>Birmingham, Alabama  35209
>Facsimile:  205-332-3131
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of November, 2021, a true and correct copy of the foregoing has been served via the Court's CM/ECF filing system as follows:

Matthew J. Clark, Esq.
**ALABAMA CENTER FOR LAW & LIBERTY**
2213 Morris Avenue
Birmingham, AL  35203
matt@alabamalawandliberty.org

John C. Eastman, Esq.
**CONSTITUTIONAL COUNSEL GROUP**
174 W. Lincoln Avenue, #620
Anaheim, CA  92805
jeastman@ccg1776.com

>  */s/ Thomas A. Davis*
>Of Counsel

4876-4927-1043, v. 1