FILED
2021 Nov-12 PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUNTER CREGER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 5:21-CV-1508-AKK |
| ) | |
| UNITED LAUNCH ALLIANCE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO SET HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant, by and through their counsel of record, respectfully requests plaintiffs' Motion for Temporary Restraining Order and Preliminary Injection be set for hearing. As grounds for this Motion, defendant states as follows:

1. Counsel for defendant was just retained this date.

2. Defendant would like an opportunity to respond and be heard in connection with plaintiffs' Motion prior to a ruling is issued.

3. Counsel for defendant can be available via phone or other virtual means most any time over the course of the coming week.

4. Setting a hearing on plaintiffs' Motion prior to ruling will not cause any harm, hardship and is not meant to cause any delay in a ruling.

Respectfully submitted this 12th day of November, 2021.

    */s/ Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
Thomas.Davis@jacksonlewis.com
Direct Dial:  205-332-3101
Tammy L. Baker (ASB- 9522-B62T)
Tammy.Baker@jacksonlewis.com
Direct Dial:  205-332-3106
Shannon L. Miller (ASB- 8026-R60S)
Shannon.Miller@jacksonlewis.com
Direct Dial: 205-332-3102
Michael C. Guarino (ASB-0441-V18D)
Michael.Guarino@jacksonlewis.com
Direct Dial:  205-332-3096
**JACKSON LEWIS P.C.**
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama  35209
Facsimile:  205-332-3131

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of November, 2021, a true and correct copy of the foregoing has been served via the Court's CM/ECF filing system as follows:

Matthew J. Clark, Esq.
**ALABAMA CENTER FOR LAW & LIBERTY**
2213 Morris Avenue
Birmingham, AL  35203
matt@alabamalawandliberty.org

John C. Eastman, Esq.
**CONSTITUTIONAL COUNSEL GROUP**
174 W. Lincoln Avenue, #620
Anaheim, CA  92805
jeastman@ccg1776.com

　　　　　　　　　　　　　　　　 */s/ Thomas A. Davis*
　　　　　　　　　　　　　　　　Of Counsel

4872-5697-2547, v. 1