# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTER CREGER, BENJAMIN EASTMAN, SHERRIE MAINE, LANCE NORWOOD, and ZACHARY BRELAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC,<br><br>*Defendant.* | Civil Action No.: 5:21-cv-1508 |

## PLAINTIFFS' OPPOSITION TO
## DEFENDANTS' MOTION FOR HEARING

COME NOW the Plaintiffs and file this opposition to Defendants' motion for a hearing. In support, Plaintiffs show the following:

1. While Plaintiffs are sympathetic to defense counsel's position, Defendants' contention that Plaintiffs will suffer no harm if a hearing date is set is incorrect.

2. Plaintiffs Eastman and Creger are set to be terminated today at close of business.

3. Failing to grant a TRO before then will deprive them of their chance to retain their jobs while this matter is being considered.

4. Plaintiffs' attorneys are available for a phone call, Zoom call, or similar call to discuss this matter further if the Court desires.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' motion for a temporary restraining order and grant Defendants the chance to respond at a hearing on a preliminary injunction shortly after granting the TRO.

November 12, 2021                               Respectfully submitted,

                                                /s/ Matthew J. Clark
                                                Matthew J. Clark
                                                Alabama Bar No. 3788-Q61X
                                                matt@alabamalawandliberty.org
                                                ALABAMA CENTER FOR LAW & LIBERTY
                                                2213 Morris Avenue
                                                Birmingham, AL 35203
                                                Telephone: (256) 510-1828

                                                *Counsel for Plaintiffs and the
                                                Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed a copy of the foregoing with the Court's electronic filing system, which will automatically serve a copy on counsel of record for all parties.

/s/ Matthew J. Clark
Matthew J. Clark

Counsel for Plaintiffs
