IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTER CREGER, BENJAMIN EASTMAN, SHERRIE MAINE, LANCE NORWOOD, and ZACHARY BRELAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC,<br><br>*Defendant.* | Civil Action No.: 5:21-cv-1508 |

**CORRECTION TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR HEARING**

After submitting Plaintiffs' opposition to Defendant's motion for a hearing to the Court, Plaintiffs' counsel learned that Plaintiff Creger is **not** scheduled to be terminated today. However, Plaintiff Eastman **is** scheduled to be terminated today.

November 12, 2021

Respectfully submitted,

*/s/ Matthew J. Clark*
Matthew J. Clark
Alabama Bar No. 3788-Q61X
matt@alabamalawandliberty.org
ALABAMA CENTER FOR LAW & LIBERTY
2213 Morris Avenue
Birmingham, AL 35203
Telephone: (256) 510-1828

*Counsel for Plaintiffs and the Proposed Class*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I filed a copy of the foregoing with the Court's electronic filing system, which will automatically serve a copy on counsel of record for all parties.

/s/ Matthew J. Clark
Matthew J. Clark

Counsel for Plaintiffs
