FILED
2021 Nov-19 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **HUNTER CREGER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action Number |
| v. ) | **5:21-cv-1508-AKK** |
| ) | |
| **UNITED LAUNCH ALLIANCE,** ) | |
| **LLC,** ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiffs' Motion for Admission Pro Hac Vice of John C. Eastman (doc. 4) is **GRANTED**.

**DONE** this 19th day of November 2021.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**