UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUNTER CREGER, individually and on behalf of all others similarly situated, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant.* | Civil Action No.: 5:21-cv-1508 |

**SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER HUNTER CREGER**

I, Christopher Hunter Creger, declare as follows:

1. On April 8, 2021, I closed on a 20 acre property purchase in Falkville, AL.

2. I paid an $11,700 down payment along with a $12,000 difference in purchasing price and a $3,767 closing cost totaling $27,467.

3. I make a $543.67 payment every month on a $65,786 loan for the property.

4. With full intention to build and live on this property I had begun to repair and activate the power services, repair and activate the water services and install a septic system.

5. Additionally, I began to clear the area I intended to build on, along with repairing the road and extending it.

6. Relying heavily on the substantial amount of overtime worked at the company to pay for these additions, I was beginning the quote process for a metal building from Summertown Metals.

7. My intention was to have the structure built and finish the inside myself with help of contractors.

8. I was in the early stages of inquiring about construction loans when the company implemented the vaccine mandate and put me on leave without pay, which forced me to cancel an appointment with a bank loan officer.

9. Further intentions to build and move out to the property have been put on hold.

10. Without the income from my job, I am in danger of losing the land.

I declare under penalty of perjury that the foregoing is true and correct.

11/19/2021
_____
Date

_____
Christopher Hunter Creger (Nov 19, 2021 12:13 CST)
Christopher Hunter Creger