## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUNTER CREGER, individually and on behalf of all others similarly situated, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant.* | Civil Action No.: 5:21-cv-1508 |

### SUPPLEMENTAL AFFIDAVIT OF SHERRIE MAINE

I, Sherrie Maine, declare as follows:

1. I am currently 61 years of age.

2. My retirement was planned to begin at 62.

3. My husband, currently age 58, has a chronic medical disorder.

4. Recently his episodes have been increasing in frequency, which has caused us to consider processing his permanent disability.

5. Considering this option, we were counting on my income and insurance at ULA as a factor.

6. Utilizing ULA medical, prescription, dental, and vision insurance, our PPO monthly premium would be $317.70 for my spouse and me.

7. A quote we received from Blue Cross and Blue Shield of Alabama estimates that our monthly premium would rise to $3,300, plus higher deductibles, for my husband and me.

8. The additional costs of replacement health insurance—more than a 10-fold increase—will strain our retirement finances to the point that I will be forced to delay retirement (assuming I can even obtain other employment).

9. The stress of my pending job loss has increased my husband's episodes not only in frequency but also in intensity.

I declare under penalty of perjury that the foregoing is true and correct.

11/19/2021
_____
Date

*Sherrie Maine*
Sherrie Maine (Nov 19, 2021 12:26 CST)
_____
Sherrie Maine