FILED
2021 Dec-15 PM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Vaccine Exemption Request (Decision)**

NoReply@VaxExemption.alabama.gov <NoReply@VaxExemption.alabama.gov>
Mon 12/6/2021 8:35

To: eastman.astro@outlook.com <eastman.astro@outlook.com>; constantina.s.wiggs@ulalaunch.com <constantina.s.wiggs@ulalaunch.com>

**12/06/2021**

**eastman.astro@outlook.com; constantina.s.wiggs@ulalaunch.com**
*[DO NOT RESPOND TO THIS EMAIL]*

An administrative review of the denial of your vaccination exemption claim form has been completed. Based on a review of the information submitted, both in support of and in opposition to the vaccination exemption claim, it is hereby determined that your vaccination exemption denial claim OXG5TP has been overruled.

**DECISION:**

Case Number OXG5TP does qualify for a COVID-19 vaccination exemption.



**NoReply@Vaxexemption.alaba...** 12/6/21
To: Hunter.creger@gmail.com & 1 more... >

# Vaccine Exemption Request (Decision)
📁 Found in Gmail Inbox

12/06/2021

hunter.creger@gmail.com;
contact.us@ulalaunch.com
*[DO NOT RESPOND TO THIS EMAIL]*

An administrative review of the denial of your vaccination exemption claim form has been completed.  Based on a review of the information submitted, both in support of and in opposition to the vaccination exemption claim, it is hereby determined that your vaccination exemption denial claim 25WVJ7 has been overruled.

**DECISION:**
Case Number 25WVJ7 does qualify for a COVID-19 vaccination exemption.