UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HUNTER CREGER, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC;<br><br>*Defendant.* | Civil Action No.:<br><br>5:21-cv-01508-AKK |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendant. Defendant has not served either an answer or a motion for summary judgment. Although the complaint was brought on behalf of a putative class, the class has not been certified and it is not proposed to be certified for purposes of settlement, so the provision of Rule 23 requiring the court's approval for dismissal in such cases is not applicable.

December 22, 2021

Respectfully submitted,

/s/ Matthew J. Clark
Matthew J. Clark
Alabama Bar No. 3788-Q61X
matt@alabamalawandliberty.org
ALABAMA CENTER FOR LAW & LIBERTY
2213 Morris Avenue
Birmingham, AL 35203
Telephone: (256) 510-1828

/s/ John C. Eastman
John C. Eastman*
Cal. Bar No. 193726
jeastman@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W. Lincoln Ave, #620
Anaheim, CA 92805

1

Telephone: (909) 257-3869
Facsimile: (714) 844-4817

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record.

                                                              /s/ Matthew J. Clark
                                                              Matthew J. Clark

                                                              Counsel for Plaintiffs