# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **HUNTER CREGER, et al.,**  )<br>)<br>**Plaintiffs,**  )<br>)<br>**v.**  )<br>)<br>**UNITED LAUNCH ALLIANCE LLC,**  )<br>)<br>**Defendant.**  ) | Civil Action Number<br>**5:21-cv-01508-AKK** |

## ORDER

Pursuant to the plaintiffs' notice of voluntary dismissal, doc. 16, this case is **DISMISSED WITHOUT PREJUDICE**.  The clerk is directed to close this file.

**DONE** the 5th day of January, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE